No. 11–886.  KENNEDY v. TIMES PUBLISHING Co.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 11–887.  PIRILA ET AL. v. THOMSON TOWNSHIP, MINNESOTA, ET AL.  Ct. App. Minn.  Certiorari denied.

No. 11–891.  COUNTY OF LOS ANGELES, CALIFORNIA v. ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–892.  ASTER v. ASTER.  Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–893.  LOUDERMILK ET AL. v. DANNER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–900.  CABELL v. SONY PICTURES ENTERTAINMENT, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–906.  POWERCOMM, LLC v. HOLYOKE GAS & ELECTRIC DEPARTMENT ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–910.  JOHNSON v. POWAY UNIFIED SCHOOL DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–914.  HOUSTON v. EASTON AREA SCHOOL DISTRICT. C. A. 3d Cir.  Certiorari denied.

No. 11–917.  NUCOR CORP. ET AL. v. BENNETT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–918.  SIWULA v. TOWN OF HORNELLSVILLE, NEW YORK, ET AL.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 11–924.  RICK ET AL. v. WYETH ET AL.  C. A. 8th Cir. Certiorari denied.

No. 11–933.  SILVA v. CITY OF NEW BEDFORD, MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.